FILED
2011 Sep-09 AM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| HOWARD SINGLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   6:10-CV-946-LSC-TMP |
| | ) |
| WARDEN FREDDIE BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 29, 2011, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on August 8, 2011. The plaintiff reiterates his claim that the defendants are responsible for his medical care and should do more to investigate his pain, but he failed to submit any additional facts to support a claim that the defendants have been deliberately indifferent to his medical care.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for

---

[1] The plaintiff informs the court again that his hip pain started with an industrial accident and a hip replacement. The plaintiff claims that the Department of Labor is responsible for continuing treatment. If in fact he is entitled to continuing medical care because of an earlier settlement or military service, he should inform those he claims are responsible of his current need for additional treatment.

summary judgment is due to be granted and this action is due to be dismissed with prejudice. A Final Judgment will be entered.

    Done this 9th day of September 2011.

                                            L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE

                                                                  167458